THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against WILLIE WINSTON BUNCH and ALICE MARIE STATON, Appellants.

Argued November 21, 1950; decided January 11, 1951.

*Paul Kelly* and *Benjamin J. Jacobson* for Willie W. Bunch, appellant.

*Frank A. Gulotta, District Attorney* (*Philip Huntington* and *Henry P. De Vine* of counsel), for respondent.

As to defendant Bunch: Judgment of conviction affirmed. As to defendant Staton: Appeal dismissed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.